## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MASSACHUSETTS

In Re:                                      **Chapter 13 Bankruptcy**
                                            **Case No: 13-10123-JNF**
**Nader J. Acevedo**
    **Debtor**

## MOTION TO VACATE DISMISSAL

Now comes the Debtor, Nader J. Acevedo ("Debtor"), and requests this Honorable Court to vacate the dismissal of his Chapter 13 Bankruptcy for the following reasons:

1.    This case was commenced by the filing of a Chapter 13 Petition on January 10, 2013;

2.    The Court filed an order to dismiss case due to failure to comply with Court Order of February 5, 2013;

3.    Debtor has since complied with the Court Order of January 11, 2013 by filing Summary of Schedules, Statistical Summary of Certain Liability, Schedules I & J, Statement of Financial Affairs, Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income Form 22C.

Wherefore, the Debtor, respectfully requests that the Court vacate the order of dismissal of the Debtor's petition and allow the late filing of the response.

                                            Respectfully Submitted,


                                            /s/Gregory M. Sullivan, Esquire
                                            Gregory M. Sullivan, Esquire
                                            126 Essex Street
                                            Malden, MA 02148
                                            781-322-0090
                                            BBO# 485970

Date:  02-19-13

## **CERTIFICATE OF SERVICE**

I, Gregory M. Sullivan, Esquire, hereby, certify that on the above date that I served a copy of the foregoing by to the Chapter 13 Trustee and creditors by ECF/CM Filing

Carolyn Bankowski, Chapter 13 Trustee
PO Box 8250
Boston, MA 02114

Date: 02-19-13

/s/Gregory M. Sullivan, Esquire
Gregory M. Sullivan, Esquire